IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MICHAEL CLARK, | No. CIV S-08-0611-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EL DORADO COUNTY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brought this civil rights action. Final judgment was entered on August 5, 2008, and affirmed by the Ninth Circuit Court of Appeals. On September 9, 2009, plaintiff filed a letter in which he requests "appropriate forms for petitioning review, or in the alternative, the guidelines for petitioning review. . . ." Plaintiff references Ninth Circuit rules relating to Federal Judicial Council complaints "regarding possible misconduct."

      Plaintiff's letter shall be stricken from this court's docket because this matter has been closed for over a year. Given plaintiff's reference to Ninth Circuit rules, he may wish to direct his inquiry to that court.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's letter filed on September 9, 2009 (Doc. 18) is stricken;

2. The Clerk of the Court shall terminate Doc. 18 as a pending motion on the court's docket; and

3. No further submissions will be considered in this closed docket.

DATED: September 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE